AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of Florida

| | |
|---|---|
| United States of America<br>v.<br>ALEJANDRINO RODRIGUEZ-POPOCA, a/k/a "Alex,"<br>JORGE LAUREANO-ARVAYO, JUAN<br>JALOMO-RUIZ and FRANCISCO<br>TORRES-RODRIGUEZ<br>*Defendant(s)* | Case No. 3;10 MJ 143 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ in the county of **Escambia** in the **Northern** District of **Florida**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC 846 and 841(a)(1) and (b)(1)(A)(ii); | Conspiracy to possess with intent to distribute 5 kilograms or more of cocaine; |
| 21 USC 841(a)(1) and (b)(1)(B)(ii); and | Possession with intent to distribute 500 grams for more of cocaine; and |
| 18 USC 924(c)(1) | Possession of a firearm in furtherance of a drug trafficking crime |

This criminal complaint is based on these facts:
see attached affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Special Agent David Keith Humphreys, DEA
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 05/25/2010

_____
*Judge's signature*

City and state: Pensacola, Florida

Miles Davis, U.S. Magistrate Judge
*Printed name and title*

FILED 5-25-10
(Date)
**NORTHERN DISTRICT FLORIDA**
**US MAGISTRATE JUDGE** (Initials) MD