# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

    VS                            CASE NO. 3:10cr67-RV

ALEJANDRINO POPOCA

## REFERRAL AND ORDER

| | |
|---|---|
| Referred to Judge Vinson on | 1/28/2022 |
| Type of Motion/Pleading | MOTION for Compassionate Release Reduction in Sentence |

| Filed by: | Defendant | on | 1/21/2022 | Doc. No. | 492 |
|---|---|---|---|---|---|
| ___ Stipulated/Consented/Joint Pleading/Unopposed | | | | | |
| Response: | Government | on | 1/28/2022 | Doc. No. | 493 |

JESSICA J. LYUBLANOVITS
CLERK OF COURT
/s/ Sylvia Williams
Deputy Clerk

## ORDER

Upon consideration of the foregoing, it is ORDERED this 1st day of February, 2022, that:

(a) The requested relief is DENIED, for the reasons set out in the government's response (doc. 493)

                                        /s/ Roger Vinson
                                        ROGER VINSON
                                        SENIOR UNITED STATES DISTRICT JUDGE