United States District Court
Northern District of Florida
Pensacola Division

| | | |
|---|---|---|
| United States of America | § | Case No. |
| v. | § | 3:10cr67 |
| Alejandrino Popoca | § | |

Notice of Appeal

Notice is hereby given that ALEJANDRINO POPOCA, defendant in the above named cause, hereby appeals to the United States Court of Appeals for the 11th Circuit from an Order denying defendant's motion for compassionate release

*Alejandrino Popoca #07408-017*

ALEJANDRINO POPOCA
Register Number 07408-017
FCI Bastrop

UNITED STATES DISTRICT COURT
Northern District of Florida
Pensacola Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § § § | CASE NO. 3:10 cr 67 |
| v. | | |
| Alejandrino Popoca | | |

## CERTIFICATE OF INMATE FILING

I am an inmate confined at Federal Correctional Institution Bastrop. Today, March 18/2022, I am depositing the filing which is captioned NOTICE OF APPEAL into the institution's internal mail system. First-class postage is being prepaid either by me or by the institution on my behalf.

I declare that the foregoing is true and correct, under penalty of perjury. (See 28 U.S.C. § 1746; 18 U.S.C. § 1621)

Signed, Alejandrino Popoca on this date March 18/2022

A.P



AUSTIN TX 786
RIO GRANDE DISTRICT
21 MAR 2022 PM 3 L

CHECKED MAR 25 2022

Alejandrino Popoca
# 07408-017
Federal correctional institution
P. Box 1010
Bastrop TX 78602

US District court
100 North Palafox street
Pensacola, FL 32502

32502-483800